UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                                BCN#: 19-15237
ANNIE WORMELY JUNIUS
        Debtor                                        Chapter: 7

_____

U.S. BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE, FOR CIM TRUST
2016-4, MORTGAGE-BACKED NOTES,              **MOTION FOR ORDER GRANTING RELIEF**
SERIES 2016-4                               **FROM AUTOMATIC STAY**
and its assignees and/or
successors in interest,
        Movant/Secured Creditor,
v.
ANNIE WORMELY JUNIUS
        Debtor
        Respondents

COMES NOW, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE

TRUSTEE, FOR CIM TRUST 2016-4, MORTGAGE-BACKED NOTES, SERIES 2016-4,

its assignees and/or successors in interest, (Movant herein), by Counsel, alleges as

follows:

1.      This Court has Jurisdiction over this proceeding pursuant to 28 U.S.C.

Sections 157 and 1334 and 11 U.S.C. 362; Federal Rule of Bankruptcy Procedure

9014; and Local Bankruptcy Rule 4001-1(a), and that this matter is a core proceeding.

2.      The above named Debtor(s) filed a Chapter 7 Petition in Bankruptcy with

this Court on April 17, 2019.

3.      The Movant is the current payee of a promissory note secured by a Deed

of Trust upon a parcel of real property with the address of 5058 Blenny Court, Waldorf,

MD 20603 and more particularly described in the Deed of Trust dated August 17, 2005

and recorded at Book 05422 at Page 0539, among the land records of the County of

Charles, Maryland:

S&B# 18-278349

LOT NUMBERED FIFTY-EIGHT (58) IN THE SUBDIVISION KNOWN AS "ST. CHARLES    COMMUNITIES, LANCASTER/DORCHESTER NEIGHBORHOOD/PARCEL "A", SHEET 3 OF 5", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF CHARLES COUNTY, MARYLAND IN PLAT BOOK DGB 36 AT PLAT NO. 5.

Copies of the Note and Deed of Trust are attached hereto, marked as exhibits A & B and made a part hereof by reference.

4.    This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor(s).

5.    The Debtor intends to surrender the subject property according to the Statement of intent filed with this Court on April 17, 2019.

6.    As of April 19, 2019, the estimated outstanding obligations are:

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 272,727.06 |
| Unpaid, Accrued Interest | $ | 17,428.25 |
| Uncollected Late Charges | $ | 0.00 |
| Mortgage Insurance Premiums | $ | 0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $ | 1,510.70 |
| Other Costs | $ | 3,565.32 |
| Less: Partial Payments | ($ | 0.00) |
| Minimum Outstanding Obligations | $ | 295,231.33 |

7.    The Debtor is in default with regard to payments which have become due under the terms of the aforementioned note and Deed of Trust.

As of April 19, 2019, the Debtor is due for:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 5 | July 1, 2018 | November 1, 2018 | $2,675.57 | $13,377.85 |
| 5 | December 1, 2018 | April 1, 2019 | $2,670.94 | $13,354.70 |
| Atty Fees and Costs: | | | | $931.00 |
| | | | Total Payments: | $27,663.55 |

S&B# 18-278349

8.      The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Deed of Trust, but is prevented by the Automatic Stay from going forward with these proceedings.

9.      This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

10.     Roger Schlossberg, has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

11.     This Movant is informed and believes and, based upon such information and belief, alleges that the Debtor has little or no equity in the property.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay, and for such other relief as the Court deem proper.

Dated:  April 26, 2019

SHAPIRO & BROWN, LLP
Attorneys for Movant

By: /s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283

S&B# 18-278349

LAW OFFICES OF
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ECF@Logs.com


Certificate of Service


I hereby certify that on the 26th day of April, 2019, the following person(s) were served a copy of the foregoing Motion for Order for Relief from Automatic Stay in the manner described below:

Via CM/ECF Electronic Notice:


David M. Gormley                                             Debtor's Attorney
Andrews, Bongar, Gormley & Clagett, PA
11705 Berry Road, Ste. 202
Waldorf, MD 20603

Roger Schlossberg                                           Trustee
P.O. Box 2067
Hagerstown, MD 21742


Via First Class Mail, Postage Prepaid:

Annie Wormely Junius                                        Debtor
5058 Blenny Court
Waldorf, MD 20603



                                        /s/ Renee Dyson
                                        William M. Savage, Esquire
                                        Kristine D. Brown, Esquire
                                        Thomas J. Gartner, Esquire
                                        Gregory N. Britto, Esquire
                                        Renee Dyson, Esquire
                                        Malcolm B. Savage, III, Esquire
                                        Nicole Lipinski, Esquire



S&B# 18-278349